```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 15-21050-Civ-MARTINEZ
                                (12-20570-Cr-MARTINEZ)
                        MAGISTRATE JUDGE P.A. WHITE
YESENIA POUPARINA,

     Movant,
                                             ORDER TO SHOW CAUSE
v.                                             28 U.S.C. §2255

UNITED STATES OF AMERICA,

     Respondent.
_____/
```

Movant has filed a motion to vacate pursuant to 28 U.S.C. §2255, attacking the constitutionality of her convictions and sentences for wire fraud and related offenses entered following a jury verdict in case no. 12-20570-Cr-Martinez.

Construing the movant's arguments liberally as afforded *pro se* litigants pursuant to <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), the movant raises five grounds for relief, in which she challenges counsel's effectiveness for numerous specified reasons. Of particular concern to the court is claim two, wherein she asserts that counsel was ineffective for misadvising during plea negotiations that her maximum exposure at trial would be zero to six months imprisonment, based on a total loss amount of $4,000.00. (Cv-DE#16:6). Movant claims she reviewed a proposed plea agreement with counsel, who misadvised her about the benefits of proceeding to trial versus accepting the government's plea offer. (<u>Id</u>.). She claims that based on this misadvice, she proceeded to trial based on counsel's guarantee that she would be "better to go to trial," than accept the plea. (<u>Id</u>.). It is thereupon

     ORDERED AND ADJUDGED as follows:


     1.   COUNSEL FOR THE RESPONDENT IS INSTRUCTED TO <u>ALWAYS</u> USE THE CIVIL CASE NUMBER AS WELL AS THE CRIMINAL CASE NUMBER ON ALL FILINGS IN THIS §2255 PROCEEDING.

2. To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response is not warranted in this case, but the court has provided ample time for a response to this motion. THUS, NO MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED EXCEPT UNDER THE MOST EXTRAORDINARY CIRCUMSTANCES, WHICH WILL PROBABLY REQUIRE A HEARING IN OPEN COURT.

3. Counsel for the respondent shall notify this office telephonically within one week of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

4. On or before **June 15, 2015,** the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted. Since this matter involves misadvice concerning the benefits of accepting a government plea offer, the government shall insure that a copy of any proposed plea agreement, in addition to all correspondence and e-mails between the parties, be attached to its response and made part of this record when addressing claim two of the amended petition, as noted above. The government may raise any additional procedural matters and defenses applicable to its response, but is <u>specifically</u> instructed to address the merits of the claims raised herein on the merits, in the alternative. The government shall also indicate in its response whether an evidentiary hearing is required on movant's claim two concerning counsel's advice regarding plea negotiations.

5. If the trial and sentencing transcripts have been scanned onto CM/ECF, and there is no appellate proceedings pending in the underlying criminal case, then the government shall not be required to file a copy of the trial and sentencing transcripts in this §2255 proceeding. However, in the event the transcripts are not scanned or the criminal file is currently on appeal, then the

government shall include copies of those transcripts with its response to this court's order to show cause.

6. Counsel for the respondent is requested to caption the response as a "response" and <u>not</u> a Motion to Dismiss. The statute, 28 U.S.C. §2243, calls for a "Return;" Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts calls for an "Answer."

DONE AND ORDERED at Miami, Florida this 28th day of April, 2015.

                                                s/Patrick A. White
                                         UNITED STATES MAGISTRATE JUDGE

cc: Yesenia Pouparina, <u>Pro Se</u>
    Reg. No. 00408-104
    Hazlton-USP
    United States Penitentiary
    Inmate Mail/Parcels
    Post Office Box 2000
    Bruceton Mills, WV 26525

    Sandra L. Moser, AUSA
    U.S. Department of Justice
    Criminal Division, Fraud Section
    1400 New York Ave NW, Room 3204
    Washington, DC 20005
    Email: sandra.moser2@usdoj.gov