UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21050-CIV-MARTINEZ/REID
(12-20570-CR-MARTINEZ)

YESENIA POUPARINA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Yesenia Pouparina's Motion to Reopen her Motion to Vacate pursuant to 28 U.S.C. § 2255. (DE 46). Magistrate Judge Reid filed a Report and Recommendation ("R&R") concluding that Plaintiff's motion to reopen should be denied as legally insufficient. (DE 49). Movant did not file objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE 49) is **AFFIRMED** and **ADOPTED**. The Motion (DE 46) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE